**United States Bankruptcy Court**
**Middle District of Georgia**

IN RE:  
**Jordan, Sebrena Marie**  
Debtor(s)

Case No. **05-53333**  
Chapter **13**

## AMENDED CHAPTER 13 PLAN

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor(s) (or the debtor's(s') employer) shall pay to the trustee the sum of $ **285.00** ☐ weekly, ☐ bi-weekly, ☒ semi-monthly, or ☐ monthly.

2. From the payments so received, the trustee shall make disbursements as follows:

    (a)  The monthly payments will be made on the following long-term debts:

    Name of Creditor                                                          Payment Amount    Month of First Payment Under Plan
    **None**

    Payments which come due after the filing of the petition but before the month of the first payment designated here will be added to the prepetition arrearage claim.

    (b)  The priority payments required by 11 U.S.C. § 507(a)(1), including attorney fees of $ **1,125.00**.

    (c)  After the above payments, payments to secured creditors whose claims are duly proven and allowed as follows:

| Name of Creditor | Amount Due | Value | Interest | Collateral | To Be Paid |
|---|---|---|---|---|---|
| **Citicorp Trust Bank** | 10,708.00 | 75,000.00 | 8.00% | Residence at: | 300.00 |
| **Dell Financial Services** | 2,085.00 | 500.00 | 8.00% | Laptop Computer | 15.00 |
| **Rooms To Go** | 2,641.00 | 650.00 | 8.00% | Sofa, Love Seat, & 5 tables | 20.00 |
| **Venetrice Hill** | 8,386.00 | 75,000.00 | 8.00% | Residence at: | 175.00 |

    (d)  The debtor(s) will act as his/her/their own disbursing agent on the following debts:
    **Washington Mutual Bank**

    (e)  The following unsecured claims are classified to be paid at 100% (contract interest will be paid on the claim unless otherwise indicated):
    **None**

    (f)  All 11 U.S.C. § 507 priority claims will be paid in full over the life of the plan.

    (g)  Special provisions:

    (h)  $ **55.00** will be assigned to costs and unclassified unsecured creditors.
         **20%** dividend will be paid to unclassified unsecured creditors.
         The term of the plan is approximately **4** years and **7** months.

Dated: **October 24, 2005**

\s\ Sebrena Marie Jordan  
Signature of Debtor

\s\ Boniface G. Echols  
Signature of Attorney

Signature of Spouse (if applicable)